UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD MACK BENNETT,<br><br>         Plaintiff,<br><br>-against-<br><br>DETECTIVE MARTIN COSTA, #405, ET AL.,<br><br>         Defendants. | 23-CV-0481 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the May 1, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 1, 2023
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                   Chief United States District Judge